UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARLA L. WOOTEN,

    Plaintiff,

v.    CASE NO. 8:15-cv-1500-T-23MAP

UNITED STATES ATTORNEY'S
OFFICE, et al.,

    Defendants.
_____/

**ORDER**

An order (Doc. 16) dismisses this action without prejudice because the *pro se* plaintiff failed to amend the complaint.  After filing a notice (Doc. 17) of appeal, the plaintiff filed an affidavit (Doc. 19) of indigency "but no motion in support thereof."  (Doc. 20)  On November 23, 2015, Magistrate Judge Pizzo, construing the affidavit as a motion for leave to proceed *in forma pauperis* on appeal, recommended (Doc. 20) denying the motion.  More than seventeen days has passed, and the plaintiff fails to object.  The report and recommendation (Doc. 20) is **ADOPTED**.  The plaintiff's construed motion (Doc. 19) is **DENIED**.

    ORDERED in Tampa, Florida, on December 14, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE